COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Ping Hui v. T.J. Maxx of Texas, Inc., Marmaxx Operating Corp, d/b/a
                          T.J. Maxx; & Anthony Kellum; & Massey Protection Services

Appellate case number:   01-18-00384-CV

Trial court case number: 2015-61011

Trial court:             270th District Court of Harris County

Appellant filed his notice of appeal on May 14, 2018. *See* TEX. R. APP. P. 26.1. The record was due on June 13, 2018. *See* TEX. R. APP. P. 4.1(a), 35.1. The clerk's record was filed on August 1, 2018. The reporter's record has not been filed.

On July 23, 2018, the Clerk notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested preparation of the record or had not made arrangements to pay for the reporter's record. The Clerk further notified appellant that unless he provided proof of payment for preparation of the reporter's record, proof of having made payment arrangements for the reporter's record, or a response showing that he was exempt from paying for the reporter's record by August 1, 2018, the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant has not provided the Court with evidence showing that he has paid or made arrangements to pay the court reporter. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id*.

Appellant's brief is **ORDERED** to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack
                   ☒ Acting individually     ☐ Acting for the Court

Date: October 23, 2018